# Exhibit 1

# United States Patent Office

**978,952**
**Registered Feb. 19, 1974**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 414,176, filed Jan. 31, 1972

# NIKE

BRS, Inc. (Oregon corporation)
6175 SW. 112th Ave.
Beverton, Oreg. 97005

For: ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES, in CLASS 22 (INT. CL. 25).

For: ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES, in CLASS 39 (INT. CL. 25).

First use June 18, 1971; in commerce June 18, 1971.

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,153,938
Registered May 12, 1981

### TRADEMARK
#### Principal Register

## NIKE

BRS, Inc. (Oregon corporation)
Suite 115
8285 SW. Nimbus
Beaverton, Oreg. 97005

For: ALL PURPOSE SPORTS BAGS, TRAVEL BAGS, HAND BAGS AND SHOULDER BAGS, in CLASS 18 (U.S. Cl. 3).

First use Mar. 1972; in commerce Mar. 1972.

Owner of U.S. Reg. No. 978,952.

Ser. No. 200,253, filed Jan. 16, 1979.

DAVID C. REIHNER, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,214,930
Registered Nov. 2, 1982

## TRADEMARK
### Principal Register

# NIKE

BRS Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 978,952 and 1,153,938.

Ser. No. 302,504, filed Mar. 23, 1981.

ERNEST H. LAND, Primary Examiner

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,945,654

Registered Jan. 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## NIKE

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FULL LINE OF SPORTS CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-18-1971; IN COMMERCE 6-18-1971.

OWNER OF U.S. REG. NOS. 978,952, 1,277,066 AND OTHERS.

SER. NO. 74-624,334, FILED 1-23-1995.

PRISCILLA MILTON, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,277,066
Registered May 8, 1984

## TRADEMARK
### Principal Register

## NIKE

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cls. 22 and 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 978,962, 1,214,930 and others.

Ser. No. 361,067, filed Apr. 22, 1982.

DEBORAH S. COHN, Examining Attorney

# United States of America
### United States Patent and Trademark Office

# NIKE

**Reg. No. 4,704,670**

**Registered Mar. 17, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: CELL PHONE CASES; PARTS AND ACCESSORIES FOR CELL PHONES, NAMELY, CELL PHONE COVERS, SPECIALTY CARRYING CASES FOR CELL PHONES; CASES FOR HAND-HELD COMPUTING DEVICES; PROTECTIVE COVERS FOR HAND-HELD COMPUTING DEVICES; EYEWEAR; SUNGLASSES; GOGGLES FOR SPORTS; SKI GOGGLES; SNOW GOGGLES; COMPUTER APPLICATION SOFTWARE FOR SMART PHONES AND MOBILE DEVICES, NAMELY, SOFTWARE FOR SOCIAL NETWORKING, RECEIPT AND TRANSMISSION OF DATA, FITNESS, AND FITNESS ASSESSMENTS; COMPUTER SOFTWARE FOR FITNESS AND FITNESS ASSESSMENTS; ELECTRONIC GAME DISCS, INTERACTIVE GAME DISCS; SENSORS AND ELECTRONIC MONITORING DEVICES INCORPORATING MICROPROCESSORS, DIGITAL DISPLAY, AND ACCELEROMETERS, FOR DETECTING, STORING, REPORTING, MONITORING, UPLOADING AND DOWNLOADING SPORT, FITNESS TRAINING, AND ACTIVITY DATA TO THE INTERNET, MOBILE DEVICES, AND GAMING CONSOLES, AND COMMUNICATION WITH MOBILE DEVICES, GAMING CONSOLES AND COMPUTERS, ELECTRONIC DEVICES; USB HARDWARE, USB CHARGERS, ADAPTERS; USB ADAPTERS, PEDOMETERS; ELECTRONIC MONITORING DEVICES INCORPORATING INDICATORS THAT LIGHT UP AND CHANGE COLOR BASED ON WEARER'S CUMULATIVE ACTIVITY LEVEL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,239,077, 3,406,594, AND OTHERS.

SN 86-048,388, FILED 8-26-2013.

KATHLEEN LORENZO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>    *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
>    5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>    accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>    from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>    federal court.

>    *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
>    Application for Renewal between the 9th and 10th years after the registration date.*
>    *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>    You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
>    every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:   A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

**Reg. No. 1,307,123**
Registered Nov. 27, 1984

## TRADEMARK
### Principal Register

## NIKE AIR

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR AND CUSHIONING ELE-
MENTS FOR FOOTWEAR SOLES, in CLASS 25
(U.S. Cl. 39).
First use Sep. 11, 1981; in commerce Jun. 25, 1982.
Owner of U.S. Reg. Nos. 978,952, 1,153,938 and
1,214,930.

Ser. No. 391,596, filed Sep. 28, 1982.

ERIC WACHSPRESS, Examining Attorney

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,192,901

Registered Jan. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# NIKE FREE

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 7-0-2004; IN COMMERCE 7-0-2004.

    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NOS. 978,952, 3,087,455 AND OTHERS.

    SER. NO. 78-801,040, FILED 1-27-2006.

YONG KIM, EXAMINING ATTORNEY

# United States Patent Office

**977,190**
Registered Jan. 22, 1974

## PRINCIPAL REGISTER
### Trademark

Ser. No. 414,177, filed Jan. 31, 1972



BRS, Inc. (Oregon corporation)
6175 SW. 112th Ave.
Beaverton, Oreg.   97005

For: ATHLETIC SHOES WITH SPIKES AND ATH-LETIC UNIFORMS FOR USE WITH SUCH SHOES, in CLASS 22 (INT. CL. 25).

For: ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES, in CLASS 39 (INT. CL. 25).

First use June 18, 1971; in commerce June 18, 1971.



Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,145,473

## United States Patent and Trademark Office

Registered Jan. 6, 1981

### TRADEMARK
**Principal Register**



BRS, Inc. (Oregon corporation)
8285 SW. Nimbus
Beaverton, Oreg. 97005

For: ALL PURPOSE SPORTS BAGS, TRAVEL BAGS, HAND BAGS AND SHOULDER BAGS, in CLASS 18 (U.S. Cl. 3).

First use Mar. 1972; in commerce Mar. 1972.
The mark is comprised of a "Wing" design.
Owner of U.S. Reg. No. 977,190.

Ser. No. 200,031, filed Jan. 15, 1979.

DAVID C. REIHNER, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. **1,323,343**
Registered Mar. 5, 1985

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

Owner of U.S. Reg. Nos. 977,190, 1,145,473 and
others.

Ser. No. 304,275, filed Apr. 3, 1981.

PAMELA RASK, Examining Attorney

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,704,672**

**Registered Mar. 17, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: CELL PHONE CASES; PARTS AND ACCESSORIES FOR CELL PHONES, NAMELY, CELL PHONE COVERS, SPECIALTY CARRYING CASES FOR CELL PHONES; CASES FOR HAND-HELD COMPUTING DEVICES; PROTECTIVE COVERS FOR HAND-HELD COMPUTING DEVICES; EYEWEAR; SUNGLASSES; GOGGLES FOR SPORTS; SKI GOGGLES; SNOW GOGGLES; COMPUTER APPLICATION SOFTWARE FOR SMART PHONES AND MOBILE DEVICES, NAMELY, SOFTWARE FOR SOCIAL NETWORKING, RECEIPT AND TRANS-MISSION OF DATA, FITNESS, AND FITNESS ASSESSMENTS; COMPUTER SOFTWARE FOR FITNESS AND FITNESS ASSESSMENTS; ELECTRONIC GAME DISCS, INTERACTIVE GAME DISCS; SENSORS AND ELECTRONIC MONITORING DEVICES INCORPORATING MICROPROCESSORS, DIGITAL DISPLAY, AND ACCELEROMETERS, FOR DETECTING, STORING, REPORTING, MONITORING, UPLOADING AND DOWNLOADING SPORT, FITNESS TRAINING, AND ACTIVITY DATA TO THE INTERNET, MOBILE DEVICES, AND GAMING CONSOLES, AND COMMUNICATION WITH MOBILE DEVICES, GAMING CONSOLES AND COMPUTERS, ELECTRONIC DEVICES; USB HARDWARE, USB CHAR-GERS, ADAPTERS; USB ADAPTERS, PEDOMETERS; ELECTRONIC MONITORING DEVICES INCORPORATING INDICATORS THAT LIGHT UP AND CHANGE COLOR BASED ON WEARER'S CUMULATIVE ACTIVITY LEVEL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

OWNER OF U.S. REG. NOS. 2,107,521, 3,473,652, AND OTHERS.

THE MARK CONSISTS OF A STYLIZED CURVED LINE DESIGN.

SN 86-048,476, FILED 8-26-2013.

KATHLEEN LORENZO, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,284,385
Registered Jul. 3, 1984

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 977,190 and 1,145,473.

Ser. No. 361,065, filed Apr. 22, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,990,180
Registered July 30, 1996

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FULL LINE OF SPORTS CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6–18–1971; IN COMMERCE 6–18–1971.

OWNER OF U.S. REG. NOS. 977,190, 1,323,343 AND OTHERS.

SER. NO. 75–028,000, FILED 12–1–1995.

PRISCILLA MILTON, EXAMINING ATTOR-NEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,068,075**

**Registered June 3, 1997**

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR AND CLOTHING, NAMELY CAPS, SOCKS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5–5–1995; IN COMMERCE 5–5–1995.

OWNER OF U.S. REG. NOS. 977,190, 1,323,343, AND OTHERS.

SN 75–975,988, FILED 11–29–1994.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,571,066**

## United States Patent and Trademark Office    Registered Dec. 12, 1989

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY T-SHIRTS, PULLOVERS, SWEATSHIRTS, JACKETS, PANTS, SHORTS AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-14-1987; IN COMMERCE 7-14-1987.

OWNER OF U.S. REG. NOS. 1,284,386, 1,307,123 AND OTHERS.

SER. NO. 799,044, FILED 5-10-1989.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,284,386
Registered Jul. 3, 1984

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Sep. 11, 1981; in commerce Feb. 16, 1982.
Owner of U.S. Reg. Nos. 978,952, 1,214,930 and others.

Ser. No. 368,773, filed Jun. 9, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,237,469
Registered May 10, 1983

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, (SWIMWEAR) TENNISWEAR, SKIRTS, SWEATERS, ((UNDERWEAR)) HEADWEAR, SOCKS, WRISTBANDS AND ((HANDWEAR)) in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190 and 1,153,938.

Ser. No. 361,064, filed Apr. 22, 1982.

M. E. BODSON, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,237,469
Registered May 10, 1983

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS, WRISTBANDS AND HANDWEAR, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190 and 1,153,938.

Ser. No. 361,064, filed Apr. 22, 1982.

M. E. BODSON, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,325,938
Registered Mar. 19, 1985

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190, 1,153,938 and others.

Ser. No. 302,503, filed Mar. 23, 1981.

ERNEST H. LAND, Examining Attorney

Int. Cl.: 18

Prior U.S. Cl.: 3

**Reg. No. 1,772,987**

## United States Patent and Trademark Office
Registered May 25, 1993

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: ALL-PURPOSE SPORTS BAGS, WAIST PACKS, BACKPACKS, FANNYPACKS AND DUFFLE BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 3–17–1972; IN COMMERCE 3–17–1972.
OWNER OF U.S. REG. NOS. 1,237,469, 1,325,938 AND OTHERS.

SER. NO. 74–291,743, FILED 7–7–1992.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,104,329

Registered Oct. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



BRS, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7–13–1996; IN COMMERCE 7–13–1996.

OWNER OF U.S. REG. NOS. 1,237,469, 1,595,356, AND OTHERS.

SN 75–975,826, FILED 8–26–1993.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# JUST DO IT

**Reg. No. 4,704,671**

**Registered Mar. 17, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: CELL PHONE CASES; PARTS AND ACCESSORIES FOR CELL PHONES, NAMELY, CELL PHONE COVERS; SPECIALTY CARRYING CASES FOR CELL PHONES; CASES FOR HAND-HELD COMPUTING DEVICES; PROTECTIVE COVERS FOR HAND-HELD COMPUTING DEVICES; EYEWEAR; SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2010; IN COMMERCE 12-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,875,307, 4,350,316, AND OTHERS.

SN 86-048,407, FILED 8-26-2013.

KATHLEEN LORENZO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

# JUST DO IT

**Reg. No. 4,764,071**
**Registered June 30, 2015**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

**Int. Cls.: 18 and 25**

FOR: ALL PURPOSE SPORT BAGS; BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 7-1-2011; IN COMMERCE 7-1-2011.

**PRINCIPAL REGISTER**

FOR: FOOTWEAR; HEADBANDS; HEADWEAR; PANTS; SHORTS; SPORTS BRAS; TANK TOPS; TIGHTS; WARM UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-26-1989; IN COMMERCE 1-26-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,875,307 AND 4,350,316.

SER. NO. 86-444,421, FILED 11-4-2014.

CRISTIANA SCHWAB, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,875,307
Registered Jan. 24, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## JUST DO IT.

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY T-SHIRTS, SWEATSHIRTS AND CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1–26–1989; IN COMMERCE 1–26–1989.

SER. NO. 73–829,171, FILED 10–3–1989.

ANIL V. GEORGE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,200,529
Registered Jul. 6, 1982

## TRADEMARK
### Principal Register

## SWOOSH

BRS, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Ser. No. 308,697, filed May 4, 1981.

B. C. WASHINGTON, Primary Examiner

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,164,810**

## United States Patent and Trademark Office

Registered June 9, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## SWOOSH

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: CLOTHING NAMELY, SOCKS AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 9–25–1993; IN COMMERCE 9–25–1993.

OWNER OF U.S. REG. NOS. 1,200,529 AND 1,704,928.

SN 75–977,266, FILED 10–11–1994.

JERI J. FICKES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,508,348
Registered Oct. 11, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## AIR MAX

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2–18–1987; IN COMMERCE 2–18–1987.

SER. NO. 714,272, FILED 3–1–1988.

JERI J. FICKES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,789,463
Registered Aug. 24, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## AIR TRAINER MAX

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
    FIRST USE 1–20–1993; IN COMMERCE 1–20–1993.
    OWNER OF U.S. REG. NOS. 1,508,348, 1,508,360 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRAINER", APART FROM THE MARK AS SHOWN.

    SER. NO. 74–254,999, FILED 3–13–1992.

DAVID CHO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# VAPORMAX

**Reg. No. 5,503,242**

**Registered Jun. 26, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nike, Inc. (OREGON CORPORATION)
One Bowerman Drive
Beaverton, OREGON 97005

CLASS 25: Footwear

FIRST USE 3-26-2017, The mark was first used anywhere in a different form other than that sought to be registered at least as early as 03/26/2017; IN COMMERCE 3-26-2017, The mark was first used in commerce in a different form other than that sought to be registered at least as early as 03/26/2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5286596

SER. NO. 87-797,553, FILED 02-14-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# NIKE AIR VAPORMAX

**Reg. No. 5,286,596**

**Registered Sep. 12, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nike, Inc. (OREGON CORPORATION)
One Bowerman Drive
Beaverton, OR 97005

CLASS 25: Footwear

FIRST USE 3-26-2017; IN COMMERCE 3-26-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1307123, 1284386, 1571066

SER. NO. 86-315,323, FILED 06-19-2014
YAT SYE I LEE, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,716,140

United States Patent and Trademark Office

Registered May 13, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PRESTO

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-27-2000; IN COMMERCE 5-27-2000.

OWNER OF U.S. REG. NO. 2,027,449.

SN 76-054,963, FILED 5-23-2000.

BARBARA A. GOLD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,370,246
Registered Jan. 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# LEBRON

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR; APPAREL, NAMELY, SHIRTS, PANTS, SHORTS, CAPS, HATS, HEADBANDS, TANK TOPS, T-SHIRTS, PULLOVERS, SWEAT-SHIRTS, SWEATERS, VESTS, WARM-UP SUITS, JACKETS, SOCKS, WRISTBANDS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2003; IN COMMERCE 10-1-2003.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK IDENTIFIES LEBRON JAMES, A LIVING INDIVIDUAL, WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

SN 78-578,837, FILED 3-2-2005.

ANGELA M. MICHELI, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**United States Patent and Trademark Office**

Reg. No. 3,412,757

Registered Apr. 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# LEBRON

NIKE, INC. (OREGON CORPORATION)

ONE BOWERMAN DRIVE

BEAVERTON, OR 97005

FOR: ALL-PURPOSE SPORTS BAGS, BACK-PACKS, WAISTPACKS AND SHOE BAGS FOR TRAVEL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-1-2003; IN COMMERCE 10-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES LEBRON JAMES, A LIVING INDIVIDUAL , WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

SN 78-578,832, FILED 3-2-2005.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,370,283
Registered Nov. 12, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## AIR JORDAN

NIKE, INC. (OREGON CORPORATION)
3900 S. W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR AND ATHLETIC CLOTH-
ING, NAMELY, SHIRTS, PANTS, SHORTS,
AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 11–28–1984; IN COMMERCE
11–28–1984.

SER. NO. 536,336, FILED 5–7–1985.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,686,515
Registered May 12, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## AIR FLIGHT

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 970056453

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11–29–1988; IN COMMERCE 11–29–1988.

SER. NO. 74–132,298, FILED 1–22–1991.

THOMAS V. SHAW, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# MERCURIAL

**Reg. No. 4,210,496**

**Registered Sep. 18, 2012**

**Int. Cls.: 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
DF-4
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: BAGS, NAMELY, ALL-PURPOSE SPORTS BAGS, TOTE BAGS, DUFFLE BAGS, MESSENGER BAGS AND BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-31-2001; IN COMMERCE 7-31-2001.

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-1998; IN COMMERCE 3-31-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-012,218, FILED 4-12-2010.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# DUNK

**Reg. No. 3,780,236**
**Registered Apr. 27, 2010**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE, DF4
BEAVERTON, OR 97005

**Int. Cl.: 25**

FOR: ATHLETIC FOOTWEAR, NOT TO INCLUDE SHOE CARE PRODUCTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 1-1-1986; IN COMMERCE 1-1-1986.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-705,588, FILED 4-2-2009.

SALLY SHIH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AIR FORCE 1

**Reg. No. 4,902,368**

**Registered Feb. 16, 2016**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

**Int. Cl.: 25**

FOR: APPAREL, NAMELY, SHIRTS, T-SHIRTS; HEADWEAR, NAMELY, HATS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 3-31-1998; IN COMMERCE 3-31-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,520,484.

SN 86-166,686, FILED 1-15-2014.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,520,484

Registered Oct. 21, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# AIR FORCE I

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-28-1982; IN COMMERCE 10-28-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-443,326, FILED 4-8-2008.

MATTHEW MCDOWELL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 22, 39

## United States Patent Office

Reg. No. 1,027,021
Registered Dec. 9, 1975

## TRADEMARK
Principal Register

## CORTEZ

BRS, Inc. (Oregon corporation)
6900 SW. Haines Road, Plaza 1
Tigard, Oreg. 97223

For: ATHLETIC SHOES FOR TRACK AND FIELD, in CLASS 22 (INT. CL. 25).

For: GENERAL PURPOSE ATHLETIC SHOES, in CLASS 39 (INT. CL. 25).

First use 1968; in commerce 1968.

Ser. No. 423,249, filed May 4, 1972.

W. A. CONN, Examiner

Int. Cls.: 24 and 25

Prior U.S. Cls.: 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,794,058
Registered Sep. 21, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## DRI-F.I.T.

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FABRICS USED IN THE MANUFAC-TURE OF CLOTHING, IN CLASS 24 (U.S. CL. 42).

FIRST USE 8-17-1990; IN COMMERCE 8-17-1990.

FOR: CLOTHING; NAMELY, PANTS, SHORTS, TIGHTS, TOPS, AND SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-17-1990; IN COMMERCE 8-17-1990.

OWNER OF U.S. REG. NO. 1,563,445.

SN 74-800,882, FILED 7-20-1990.

BALDEV SARAI, EXAMINING ATTORNEY

Int. Cls.: 25 and 28

Prior U.S. Cls.: 22, 23, 38, 39 and 50

Reg. No. 2,571,314

United States Patent and Trademark Office

Registered May 21, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## DRI-FIT

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 970056453

FOR: CLOTHING, NAMELY, CAPS, DRESSES, HEADBANDS, LEOTARDS, JACKETS, SKIRTS, SOCKS, SPORTS BRAS, SWEATSHIRTS, T-SHIRTS, UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-12-1993; IN COMMERCE 1-12-1993.

FOR: SPORTING GOODS, NAMELY, BASEBALL GLOVES, SOCCER SHINGUARDS, SOCCER GOAL-

KEEPER GLOVES, GOLF GLOVES AND VOLLEY-BALL KNEEPADS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-25-2000; IN COMMERCE 1-25-2000.

OWNER OF U.S. REG. NOS. 1,794,058, 2,122,119 AND OTHERS.

SER. NO. 76-266,328, FILED 6-4-2001.

ANDREA SAUNDERS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,887,959

**United States Patent and Trademark Office**

Registered Apr. 4, 1995

Amended

OG Date Sep. 11, 2001

## TRADEMARK
## PRINCIPAL REGISTER

### DRI-FIT

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

OWNER OF U.S. REG. NO. 1,563,445
AND OTHERS.

FOR: CLOTHING; NAMELY, SING-
LETS, VESTS, AND UNITARDS, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 1-7-1993; IN COMMERCE
1-7-1993.

SER. NO. 74-080,120, FILED 7-20-1990.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 11, 2001.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**



# United States of America

### United States Patent and Trademark Office

# FLYKNIT

**Reg. No. 4,393,310**
**Registered Aug. 27, 2013**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

**Int. Cl.: 25**

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-21-2012; IN COMMERCE 2-21-2012.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-585,515, FILED 3-30-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TECHKNIT

**Reg. No. 5,700,611**

**Registered Mar. 19, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nike, Inc. (OREGON CORPORATION)
One Bowerman Drive
Beaverton, OREGON 970056453

CLASS 25: Apparel, namely, capri pants, pants, sweatpants, shorts, tank tops, t-shirts, short-sleeved shirts, long-sleeved shirts, sweatshirts, jackets, hats, caps

FIRST USE 9-30-2013; IN COMMERCE 9-30-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-725,279, FILED 12-18-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 24 and 25

Prior U.S. Cls.: 39 and 42

# United States Patent and Trademark Office

Reg. No. 1,839,775
Registered June 14, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## THERMA-F.I.T.

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FABRICS USED IN THE MANUFAC-
TURE OF CLOTHING, IN CLASS 24 (U.S. CL.
42).
FIRST USE 7–15–1992; IN COMMERCE
7–15–1992.

ANORAKS, PARKAS, SWEATSHIRTS, VESTS
AND WARM-UP SUITS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 7–15–1992; IN COMMERCE
7–15–1992.
OWNER OF U.S. REG. NO. 1,563,445.

SN 74–080,186, FILED 7–20–1990.

FOR: CLOTHING; NAMELY, BRIEFS, PANTS, SWEATPANTS, TIGHTS, JACKETS,

DOMINIC J. FERRAIUOLO, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,558,100
Registered Sep. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, T-SHIRTS, SHORTS, PULLOVERS, PANTS, WARM-UP SUITS AND TANK TOPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-24-1987; IN COMMERCE 11-24-1987.

SER. NO. 728,115, FILED 5-13-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 3 and 39**

Reg. No. 1,742,019

## United States Patent and Trademark Office

Registered Dec. 22, 1992

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: ALL-PURPOSE SPORTS BAGS AND BACKPACKS IN CLASS 18 (U.S. CL. 3).

FIRST USE 1–31–1988; IN COMMERCE 1–31–1988.

FOR: FOOTWEAR AND CLOTHING, NAME-LY, PANTS, SHORTS, SHIRTS, T-SHIRTS, SWEATSHIRTS, TANK TOPS, WARM-UP SUITS,

JACKETS, HATS AND CAPS, AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11–24–1987; IN COMMERCE 11–24–1987.

OWNER OF U.S. REG. NO. 1,558,100 AND OTHERS.

SN 74–000,758, FILED 11–16–1989.

JANICE O'LEAR, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,725,535**
Registered Dec. 15, 2009

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE, DF4
BEAVERTON, OR 97005

**Int. Cl.: 25**

FOR: FOOTWEAR; APPAREL, NAMELY, SHIRTS, PANTS, SHORTS AND SWEATBANDS; JACKETS, HATS; SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**
**PRINCIPAL REGISTER**

FIRST USE 1-25-1985; IN COMMERCE 1-25-1985.

OWNER OF U.S. REG. NO. 1,370,283.

THE MARK CONSISTS OF A DESIGN OF A BASKETBALL WITH WINGS ON THE LEFT AND RIGHT SIDE OF THE BASKETBALL WITH THE WORDS "AIR JORDAN" ABOVE THE BASKETBALL.

SER. NO. 77-753,704, FILED 6-5-2009.

HOWARD SMIGA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,254,513**

**Registered Dec. 4, 2012**

**Int. Cls.: 18, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: BACKPACKS, DUFFLE BAGS, DRAWSTRING POUCHES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

FOR: FOOTWEAR; APPAREL, NAMELY, JERSEYS, PANTS, SHORTS, T-SHIRTS, SHIRTS, SWEATSHIRTS, HOODED SWEATSHIRTS, SWEATPANTS, VESTS, TANK TOPS, JACKETS, COATS, SOCKS, WRIST BANDS, HEADBANDS, HEADWEAR, HATS, CAPS, SWEATBANDS, SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

FOR: SPORTS BALLS; BASKETBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

THE MARK CONSISTS OF THE SOLID LETTERS LJ, STYLIZED AND SIMILARLY SIZED, WITH A SOLID STYLIZED CROWN HOVERING ABOVE THE END OF EACH LETTER IN THE MIDDLE THEREOF.

SN 85-235,609, FILED 2-7-2011.

ZHALEH DELANEY, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,392,140**

**Registered Jan. 30, 2018**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

Nike, Inc. (OREGON CORPORATION)
One Bowerman Drive
Beaverton, OREGON 97005

CLASS 18: All-purpose sports bags, backpacks, duffle bags, tote bags, gym bags, drawstring pouches

FIRST USE 2-1-2015; IN COMMERCE 2-1-2015

CLASS 25: Footwear; headwear; hats, caps, headbands, sweatbands; apparel, namely, pants, shorts, shirts, t-shirts, pullovers, jerseys, sweat shirts, sweat pants, sweaters, jackets, socks, vests, hoods

FIRST USE 12-15-2014; IN COMMERCE 12-15-2014

The mark consists of stylized letters "K" and "I".

SER. NO. 86-281,322, FILED 05-14-2014

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**Reg. No. 3,580,156**

## United States Patent and Trademark Office

Registered Feb. 24, 2009

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR; APPAREL, NAMELY, SHORTS, SHIRTS, T-SHIRTS, TOPS, HOODED SHIRTS, SWEAT SHIRTS, HEADWEAR, HEAD-BANDS, SWEATBANDS, SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2006; IN COMMERCE 11-0-2006.

THE MARK CONSISTS OF A STYLIZED LETTER "M" WITH THE CENTER OF THE "M" ELONGATED AND INTERSECTING AT TWO POINTS.

SER. NO. 77-526,152, FILED 7-18-2008.

COURTNEY MCCORMICK, EXAMINING ATTOR-NEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,583,346**

**Registered Oct. 16, 2018**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

Kobe Family Entertainment, Inc. (CALIFORNIA CORPORATION)
C/o Saltz Matkov P.c.
998 Old Eagle School Road, Suite 1206
Wayne, PENNSYLVANIA 19087

CLASS 18: All-purpose athletic bags; Book bags; Messenger bags; Sack packs, namely, drawstring bags used as backpacks; Satchels; School bags; Sports bags

FIRST USE 1-22-2006; IN COMMERCE 2-9-2006

CLASS 25: Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Athletic shirts; Athletic shorts; Baseball caps and hats; Beanies; Cap peaks; Clothing, namely, athletic sleeves; Fleece pullovers; Graphic T-shirts; Hats; Headbands; Hooded pullovers; Hooded sweat shirts; Jackets; Jerseys; Knitted caps; Long-sleeved shirts; Long sleeve pullovers; Moisture-wicking sports shirts; Pullovers; Short-sleeved or long-sleeved t-shirts; Shorts; Sweatpants; Sweatshirts; Tank-tops; Track jackets; Warm-up suits; Wristbands; Athletic shorts; Short-sleeved or long-sleeved t-shirts; Sleeveless jerseys; Sports jerseys

FIRST USE 1-22-2006; IN COMMERCE 2-9-2006

The mark consists of six separate quadrilateral trapezoid non-intersecting sections with space between each section. The three sets of mirrored quadrilateral trapezoids are of varying sizes to the other sets but each section is equal to the mirrored section in each set. The top two quadrilateral trapezoid sections are mirror images of each other and are pointing at a downward angle towards the center vertical axis. The second set of mirror image quadrilateral trapezoids are positioned beneath the top sections and are slanting upward toward the top sections away from the center vertical axis. The bottom two mirror image quadrilateral trapezoid sections are positioned parallel to each other beneath the middle sections and are pointing vertically downward. The design, if taken as a whole, is a symmetrical flopped image mirrored across the vertical axis.

SER. NO. 87-339,921, FILED 02-17-2017



Andrei Iancu

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,462,766**
**Registered Jan. 7, 2014**

**Int. Cls.: 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-0-2011; IN COMMERCE 4-0-2011.

FOR: T-SHIRTS, SHIRTS, SWEATSHIRTS, PANTS, SHORTS, JACKETS, TOPS, SOCKS, FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

THE MARK CONSISTS OF STYLIZED LETTERS "K" AND "D".

SER. NO. 85-946,887, FILED 5-30-2013.

KATHLEEN LORENZO, EXAMINING ATTORNEY

Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,451,907

Registered June 24, 2008

# TRADEMARK
## PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-28-1982; IN COMMERCE 10-28-1982.

THE MARK CONSISTS OF THE DESIGN OF THE STITCHING ON THE EXTERIOR OF THE SHOE, THE DESIGN OF THE MATERIAL PANELS THAT FORM THE EXTERIOR BODY OF THE SHOE, THE DESIGN OF THE WAVY PANEL ON TOP OF THE SHOE THAT ENCOMPASSES THE EYELETS FOR THE SHOE LACES, THE DESIGN OF THE VERTICAL RIDGE PATTERN ON THE SIDES OF THE SOLE OF THE SHOE, AND THE RELATIVE POSITION OF THESE ELEMENTS TO EACH OTHER. THE BROKEN LINES SHOW THE POSITION OF THE MARK AND ARE NOT CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-055,394, FILED 12-1-2006.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,451,906

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 10-28-1982; IN COMMERCE 10-28-1982.

    THE MARK CONSISTS OF THE DESIGN OF THE STITCHING ON THE EXTERIOR OF THE SHOE, THE DESIGN OF THE MATERIAL PANELS THAT FORM THE EXTERIOR BODY OF THE SHOE, THE DESIGN OF THE WAVY PANEL ON TOP OF THE SHOE THAT ENCOMPASSES THE EYELETS FOR THE SHOE LACES, THE DESIGN OF THE VERTICAL RIDGE PATTERN ON THE SIDES OF THE SOLE OF THE SHOE, AND THE RELATIVE POSITION OF THESE ELEMENTS TO EACH OTHER. THE BROKEN LINES SHOW THE POSITION OF THE MARK AND ARE NOT CLAIMED AS PART OF THE MARK.

    SEC. 2(F).

    SER. NO. 77-055,385, FILED 12-1-2006.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,820,374**

**Registered Jul. 30, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nike, Inc.  (OREGON CORPORATION)
One Bowerman Drive
Beaverton, OREGON 970056453

CLASS 25: footwear

FIRST USE 00-00-1992; IN COMMERCE 00-00-1992

The mark consists of a three-dimensional configuration comprising the design of the vertical ridge pattern on the sides of the sole of the shoe, the repeating star pattern on the toe and heel of the sole of the shoe, and the relative position of these elements to each other. The broken lines show the position of the mark and are not claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 3451906, 3451905, 3451907

SEC.2(F)

SER. NO. 88-255,119, FILED 01-09-2019

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,451,905**

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 10-28-1982; IN COMMERCE 10-28-1982.

    THE MARK CONSISTS OF THE DESIGN OF THE STITCHING ON THE EXTERIOR OF THE SHOE, THE DESIGN OF THE MATERIAL PANELS THAT FORM THE EXTERIOR BODY OF THE SHOE, THE DESIGN OF THE WAVY PANEL ON TOP OF THE SHOE THAT ENCOMPASSES THE EYELETS FOR THE SHOE LACES, THE DESIGN OF THE VERTICAL RIDGE PATTERN ON THE SIDES OF THE SOLE OF THE SHOE, AND THE RELATIVE POSITION OF THESE ELEMENTS TO EACH OTHER. THE BROKEN LINES SHOW THE POSITION OF THE MARK AND ARE NOT CLAIMED AS PART OF THE MARK.

    SEC. 2(F).

    SER. NO. 77-055,375, FILED 12-1-2006.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,451,904

Registered June 24, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**



NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 10-28-1982; IN COMMERCE 10-28-1982.

    THE MARK CONSISTS OF THE DESIGN OF THE TREAD ON THE SOLE A SHOE. THE BROKEN

LINES SHOW THE POSITION OF THE MARK ON THE GOODS AND ARE NOT CLAIMED AS A PART OF THE MARK.

    SEC. 2(F).

    SER. NO. 77-055,366, FILED 12-1-2006.

GEOFFREY FOSDICK, EXAMINING ATTORNEY